UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WAIN ENTERPRISES, LLC, d/b/a WHEELERS | ) | CASE NO. 26-41157-pwb |
| | ) | |
| Debtor | ) | |
| | ) | |

**MOTION TO APPROVE SETTLEMENT OF EMPLOYEE LOAN**

COMES NOW Wain Enterprises, LLC d/b/a Wheelers, debtor and debtor in possession in the above-styled chapter 11 case ("Debtor"), and hereby files this *Motion to Approve Settlement of Employee Loan* (the "Motion"). In support of the Motion, Debtor shows the Court as follows:

**Jurisdiction, Venue, and Background**

1. On July 8, 2026 (the "Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended, modified, or supplemented, the "Bankruptcy Code"). In accordance with 11 U.S.C. §§ 1107 and 1108, Debtor continues to operate its business as debtor in possession. In addition, no trustee or examiner has been appointed.

2. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for the relief requested herein is 11 U. S. C. § 105(a) and Fed. R. Bankr. P. 9019.

4. At the commencement of the Bankruptcy Case, the bankruptcy estate of Debtor was created under 11 U.S.C. § 541(a) (the "Bankruptcy Estate") that includes all Debtor's legal or

equitable interests in property as of the commencement of the Bankruptcy Case and any interest in property that the Bankruptcy Estate acquired after commencement of the Bankruptcy Case. 11 U.S.C. § 541(a)(1) and (7).

5. Debtor's Schedule A/B identifies an employee loan to Scott Morris ("Morris") in the amount of $200,000.00, which is scheduled as doubtful or uncollectible and valued at $0.00 (the "Employee Loan") (Doc. No. 40, Page 9 of 92).

6. Morris and Debtor have agreed to settle the Employee Loan for a lump-sum payment of $25,000.00 (the "Settlement").

**Request for Relief**

7. By this Motion, Debtor requests that the Court approve the Settlement.

**Basis for Relief**

8. Debtor requests that the Court consider approving the Settlement pursuant to Fed. R. Bankr. P. 9019 ("Rule 9019"). Under Rule 9019, the Court has discretionary authority to approve a compromise of a controversy or dispute. *See Protective Comm. for Independent Stockholders of TNT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968); *Continental Airlines, Inc. v. Airline Pilots Ass'n Infl. (In re Continental Airlines, Inc.)*, 907 F.2d 1500, 1508 (5th Cir. 1990).

9. Whether to approve a proposed compromise is a matter within the sound discretion of the Bankruptcy Court and pre-trial settlements are favored by the courts. *See In re Munford, Inc.*, 97 F.3d 449, 455 (11th Cir. 1996); *In re AWECO, Inc.*, 725 F.2d 293, 297 (11th Cir. 1984); *In re Grot*, 291 Br. 204, 208 (Bankr. M.D. Ga. 2003). Bankruptcy settlements are a "normal part of the bankruptcy process" and "desirable and wise methods of bringing to close proceedings otherwise lengthy, complicated and costly." *TNT Trailer*, 390 U.S. at 424 (1986).

10. Here, Debtor, in its business judgment and with knowledge of the financial condition of Morris, including the lack of liquid assets. has determined that the Settlement is in the best interest of the Bankruptcy Estate, as it avoids the costs and uncertainty of collection and the possibility of bankruptcy if and when collection efforts are initiated. Based upon its business judgment, Debtor believes that the Settlement is appropriate under the circumstances.

WHEREFORE, Debtor prays that this Court approve the Settlement and grant such other relief as is appropriate.

Dated: August 28, 2026

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Debtor*

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373

**Certificate of Service**

This is to certify that I have on this day electronically filed the foregoing *Motion to Approve Settlement of Employee Loan* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Dated: August 28, 2026

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373